UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITHVUE YOUAXA,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Respondents. | No.  1:26-cv-00362-KES-EGC (HC)<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>[ECF No. 15] |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 6, 2026, in response to the Court's order directing the parties to advise whether they wished to provide additional briefing on the petition, the parties filed a joint request for additional briefing. (ECF Nos. 14, 15.) The parties indicated that they wished to file simultaneous briefs, not to exceed 10 pages, addressing all issues necessary for the Court to issue Findings and Recommendations on whether to grant or deny the petition.

Accordingly, IT IS HEREBY ORDERED that the parties shall file their respective briefs within seven (7) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

1